**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kevin Phillips,

Plaintiff,

vs.

Minnesota Department of Public Safety, a governmental agency, and Aaron Churness, Officer, individually,

Defendants.

Civil No. 01-1585 (RHK/JMM)

**ORDER CONTINUING HEARING DATE**

---

The December 18, 2001 hearing date for Defendant's Motion to Dismiss is **CONTINUED** to Thursday, January 10, 2002 at 8:00 a.m. in St. Paul, Minnesota.

Date: December 4, 2001

RICHARD H. KYLE
United States District Judge

FILED DEC 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______