**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

KEVIN PHILLIPS

Plaintiff,

vs. CV 01-1585 RHK/JMM

DEPARTMENT OF PUBLIC SAFETY,
a governmental agency;
AARON CHURNESS, Officer,
individually,

Defendants.

**NOTICE OF MOTION HEARING**

DEFENDANTS' MOTION TO DISMISS is re-scheduled to Tuesday, January 8, 2002, at 8:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

December 19, 2001

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

DEC 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK